**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIOXCEL THERAPEUTICS, INC. et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-11360 (TMH)<br><br>Re: Docket Nos. 324 |

**NOTICE OF WITHDRAWAL OF BIOSIGNAL THERAPEUTICS, LLC'S LIMITED OMNIBUS OBJECTION TO DEBTORS' FIRST, SECOND, THIRD, FOURTH AND FIFTH OMNIBUS REJECTION MOTIONS WITH PREJUDICE**

**PLEASE TAKE NOTICE** that BioSignal Therapeutics LLC, ("BioSignal") hereby withdraws its *Limited Objection to Debtors' First, Second, Third, Fourth and Fifth Omnibus Rejection Motions* [Docket No. 324], filed on November 12, 2026, with prejudice.

Dated: November 13, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

James E. O'Neill (DE Bar No. 4042)
Jeffrey N. Pomerantz
John W. Lucas
919 North Market Street, 17th Floor
P.O. Box 8750
Wilmington, Delaware 19801
Tel: 302-652-4100
Fax: 302-652-4400
joneill@pszjlaw.com
jpomerantz@pszjlaw.com
jlucas@pszjlaw.com

*Attorneys for BioSignal Therapeutics, LLC*

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, are: BioXcel Therapeutics, Inc. (6754), OnkosXcel Therapeutics, LLC (2522), and OnkosXcel Employee Holdings, LLC (0534). The Debtors' address for purposes of service in these Chapter 11 Cases is 555 Long Wharf Drive, 12th Floor, New Haven, Connecticut 06511.